A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| | ) | |
| Plaintiff(s) | ) | **APPEARANCE** |
| | ) | |
| | ) | |
| vs. | ) | CASE NUMBER |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of  _____  as counsel in this
                                        (Attorney's Name)

case for:_____
                        (Name of party or parties)


_____          /s/ Seth P. Waxman_____
Date                                                              Signature

                                                      _____
                                                      Print Name

_____          _____
BAR IDENTIFICATION                          Address

                                                      _____
                                                      City            State          Zip Code

                                                      _____
                                                      Phone Number