# EXHIBIT A, TAB 1

## ACCEPTANCE

The foregoing conveyance from DONALD E. SCHRAMM and NADA LU SCHRAMM to THE UNITED STATES OF AMERICA IN TRUST FOR THE TOHONO O'ODHAM NATION is hereby accepted on behalf of the United States pursuant to Section 6(d) of the Gila Bend Indian Reservation Lands Replacement Act of October 20, 1986, P.L. 99-503 (100 Stat. 1798), and pursuant to authority delegated to the Assistant Secretary - Indian Affairs by 209 DM 8, 230 DM, and to the Western Regional Director by 3 IAM 4 and any further delegations needed to effectuate the reorganization embodied in DM Releases dated April 21, 2003.

_9-28-04_
Date

_Wayne Nordwall_
Western Regional Director


State of Arizona    )
                    )ss
County of Maricopa  )

On this _28_ day of _September_, 2004, personally appeared before me, a Notary Public in and for said county and state, _Wayne Nordwall_ personally known to me or proved to me on the basis satisfactory evidence to be the person described in and who executed the foregoing instrument, who acknowledged to me that he executed the same freely and voluntarily and for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official stamp at my office in the County of Maricopa, the day and year in this certificate first above written.

APRIL JUNE FREDERICKS
Notary Public – Arizona
Maricopa County
Expires 07/31/06

_April June Fredericks_
Notary Public

## ACCEPTANCE

The foregoing conveyance from SCHRAMM RANCHES, INCORPORATED, a California corporation, to THE UNITED STATES OF AMERICA IN TRUST FOR THE TOHONO O'ODHAM NATION is hereby accepted on behalf of the United States pursuant to Section 6(d) of the Gila Bend Indian Reservation Lands Replacement Act of October 20, 1986, P.L. 99-503 (100 Stat. 1798), and pursuant to authority delegated to the Assistant Secretary - Indian Affairs by 209 DM 8, 230 DM, and to the Western Regional Director by 3 IAM 4 and any further delegations needed to effectuate the reorganization embodied in DM Releases dated April 21, 2003.

_10-12-04_
Date

_Wayne Nordwall_
Western Regional Director

State of Arizona   )
                   )ss
County of Maricopa )

On this _12_ day of _October_, 2004, personally appeared before me, a Notary Public in and for said county and state, _Wayne Nordwall_ personally known to me or proved to me on the basis satisfactory evidence to be the person described in and who executed the foregoing instrument, who acknowledged to me that he executed the same freely and voluntarily and for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official stamp at my office in the County of Maricopa, the day and year in this certificate first above written.

APRIL JUNE FREDERICKS
Notary Public – Arizona
Maricopa County
Expires 07/31/06

_April June Fredericks_
Notary Public