# EXHIBIT A, TAB 2

**TOHONO O'ODHAM NATION FEE-TO-TRUST APPLICATION:
134.88 ACRES OF LAND NEAR 91ST AND NORTHERN AVENUES
MARICOPA COUNTY, ARIZONA**

**Legal Description and map of Settlement Property
as surveyed by Thunderbird Surveying, LLC**

The following legal description and survey map of the Settlement Property has been provided in a reduced size for easy reference. For detailed review, please see the accompanying full size legal description and survey map.

# ALTA/ACSM LAND TITLE SURVEY

OF A PORTION OF THE NORTHEAST QUARTER OF SECTION 4, TOWNSHIP 2 NORTH, RANGE 1 EAST OF THE GILA & SALT RIVER BASE & MERIDIAN, MARICOPA COUNTY, ARIZONA

## LEGAL DESCRIPTION

PARCEL NO. 1:
THAT PART OF THE NORTHEAST QUARTER OF SECTION 4, TOWNSHIP 2 NORTH, RANGE 1 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA, DESCRIBED AS FOLLOWS:
COMMENCING AT THE NORTHEAST CORNER OF SAID SECTION 4;
THENCE WEST, ALONG THE NORTH LINE OF SAID SECTION 4, 1052.24 FEET;
THENCE SOUTH 01 DEGREES 44 MINUTES 12 SECONDS WEST, 40.02 FEET TO THE POINT OF BEGINNING;
THENCE ALONG THE WESTERLY AND SOUTHERLY LINES OF THAT PARCEL DESCRIBED IN INSTRUMENT RECORDED MARCH 07, 1984 IN RECORDING NO. 84-094506 OF OFFICIAL RECORDS, SOUTH 01 DEGREES 44 MINUTES 12 SECONDS WEST, 1319.58 FEET;
THENCE NORTH 89 DEGREES 50 MINUTES 32 SECONDS EAST, 386.11 FEET TO A POINT ON THE EAST LINE OF THE WEST HALF OF THE EAST HALF OF THE SOUTH HALF OF SAID NORTHEAST QUARTER;
THENCE LEAVING THE SOUTHERLY LINE OF THE AFOREMENTIONED PARCEL, SOUTH 01 DEGREES 45 MINUTES 56 SECONDS WEST, ALONG THE EAST LINE OF THE WEST HALF OF THE EAST HALF OF THE SOUTH HALF OF SAID NORTHEAST QUARTER, 1206.09 FEET TO A POINT ON THE SOUTH LINE OF SAID NORTHEAST QUARTER;
THENCE SOUTH 89 DEGREES 45 MINUTES 05 SECONDS WEST, ALONG THE SOUTH LINE OF SAID NORTHEAST QUARTER, 994.48 FEET TO THE SOUTHWEST CORNER OF THE EAST HALF OF THE EAST HALF OF THE WEST HALF OF SAID NORTHEAST QUARTER;
THENCE NORTH 01 DEGREES 40 MINUTES 44 SECONDS EAST, ALONG THE WEST LINE OF THE EAST HALF OF THE EAST HALF OF THE WEST HALF OF SAID NORTHEAST QUARTER, AND ALONG THE WEST LINE OF THE EAST HALF OF THE EAST HALF OF LOT 2 OF SAID SECTION 4, 2528.82 FEET TO A POINT ON A LINE THAT IS 40.00 FEET SOUTH OF, AND PARALLEL TO, THE NORTH LINE OF SAID NORTHEAST QUARTER OF SECTION 4;
THENCE EAST, ALONG A LINE THAT IS 40.00 FEET SOUTH OF, AND PARALLEL TO, THE NORTH LINE OF SAID NORTHEAST QUARTER OF SECTION 4, 611.42 FEET TO THE POINT OF BEGINNING;

EXCEPT A PARCEL OF LAND LYING WITHIN SAID NORTHEAST QUARTER OF SECTION 4, AND BEING A PORTION OF THAT CERTAIN PARCEL DESCRIBED IN RECORDING NO. 87-251242 OF OFFICIAL RECORDS, DESCRIBED AS FOLLOWS:
COMMENCING AT THE NORTH QUARTER CORNER OF SAID SECTION 4;
THENCE NORTH 88 DEGREES 40 MINUTES 25 SECONDS EAST, ALONG THE NORTH LINE OF SAID NORTHEAST QUARTER, 998.19 FEET;
THENCE SOUTH 00 DEGREES 09 MINUTES 14 SECONDS WEST, 40.01 FEET TO THE NORTHWEST CORNER OF SAID PARCEL ON THE SOUTH LINE OF THE NORTH 40.00 FEET OF SAID NORTHEAST QUARTER AND THE POINT OF BEGINNING;
THENCE NORTH 88 DEGREES 40 MINUTES 25 SECONDS EAST, ALONG SAID SOUTH LINE, 611.23 FEET TO THE NORTHEAST CORNER OF SAID PARCEL;
THENCE SOUTH 00 DEGREES 24 MINUTES 37 SECONDS WEST, ALONG THE EAST LINE OF SAID PARCEL, 11.65 FEET TO A POINT ON THE SOUTH LINE OF THE NORTH 51.64 FEET OF SAID NORTHEAST QUARTER;
THENCE SOUTH 88 DEGREES 40 MINUTES 25 SECONDS WEST, ALONG SAID SOUTH LINE, 545.56 FEET;
THENCE SOUTH 66 DEGREES 15 MINUTES 59 SECONDS WEST, 43.03 FEET;
THENCE SOUTH 88 DEGREES 40 MINUTES 25 SECONDS WEST, 26.26 FEET TO A POINT ON THE WEST LINE OF SAID PARCEL;
THENCE NORTH 00 DEGREES 09 MINUTES 14 SECONDS EAST, ALONG SAID WEST LINE, 28.05 FEET TO THE POINT OF BEGINNING, AS CONVEYED TO MARICOPA COUNTY IN DEED RECORDED IN RECORDING NO. 99-849780 OF OFFICIAL RECORDS; AND

EXCEPT THAT PARCEL OF LAND LYING WITHIN SAID NORTHEAST QUARTER OF SECTION 4 AND BEING A PORTION OF THAT CERTAIN PARCEL DESCRIBED IN RECORDING NO. 95-490799 OF OFFICIAL RECORDS, DESCRIBED AS FOLLOWS:
COMMENCING AT THE NORTH QUARTER CORNER OF SAID SECTION 4;
THENCE NORTH 88 DEGREES 40 MINUTES 25 SECONDS EAST, ALONG THE NORTH LINE OF SAID SOUTHEAST QUARTER, 998.19 FEET;
THENCE SOUTH 00 DEGREES 09 MINUTES 14 SECONDS WEST, 40.01 FEET TO THE NORTHEAST CORNER OF SAID PARCEL ON THE SOUTH LINE OF THE NORTH 40.00 FEET OF SAID NORTHEAST QUARTER AND THE POINT OF BEGINNING;
THENCE SOUTH 00 DEGREES 09 MINUTES 14 SECONDS WEST, ALONG THE EAST LINE OF PARCEL, 28.05 FEET;
THENCE NORTH 68 DEGREES 29 MINUTES 09 SECONDS WEST, 42.26 FEET TO A POINT ON THE SOUTH LINE OF THE NORTH 51.64 FEET OF SAID NORTHEAST QUARTER;
THENCE SOUTH 88 DEGREES 40 MINUTES 25 SECONDS WEST, ALONG SAID SOUTH LINE, 455.83 FEET TO A POINT ON THE EAST LINE OF THAT PARCEL CONVEYED TO ARIZONA DEPARTMENT OF TRANSPORTATION IN RECORDING NO. 86-652262 OF OFFICIAL RECORDS;
THENCE NORTH 01 DEGREES 19 MINUTES 35 SECONDS WEST, ALONG SAID EAST LINE, 11.64 FEET TO A POINT ON THE SOUTH LINE OF THE NORTH 40.00 FEET OF SAID NORTHEAST QUARTER;
THENCE NORTH 88 DEGREES 40 MINUTES 25 SECONDS EAST, ALONG SAID SOUTH LINE, 495.50 FEET TO THE POINT OF BEGINNING, AS CONVEYED TO MARICOPA COUNTY IN DEED RECORDED IN RECORDING NO. 99-332877 OF OFFICIAL RECORDS; AND

EXCEPT THAT PORTION LYING WITHIN THE NORTH 33.00 FEET OF THE EAST HALF OF THE NORTHEAST QUARTER OF SAID SECTION 4, AS CONVEYED TO MARICOPA COUNTY, RECORDED IN BOOK 96 OF DEEDS, PAGE 375.

PARCEL NO. 2:
THE WEST HALF OF THE WEST HALF OF THE NORTHEAST QUARTER AND THE WEST HALF OF THE EAST HALF OF THE WEST HALF OF THE NORTHEAST QUARTER OF SECTION 4, TOWNSHIP 2 NORTH, RANGE 1 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA;

EXCEPT THE WEST 360.14 FEET (MEASURED), WEST 360.00 FEET (RECORD) OF THE NORTH 484.19 FEET (MEASURED), NORTH 484.00 FEET (RECORD); AND

EXCEPT THE NORTH 258.00 FEET OF THE WEST 460.00 FEET OF THE WEST HALF OF THE WEST HALF OF THE NORTHEAST QUARTER OF SAID SECTION 4; AND

EXCEPT THE NORTH 40.00 FEET, THEREOF; AND

EXCEPT THOSE PORTIONS THEREOF WHICH LIE NORTHERLY OF THE FOLLOWING DESCRIBED LINE:
BEGINNING AT A POINT ON THE NORTH-SOUTH MIDSECTION LINE OF SAID SECTION 4, WHICH POINT BEARS SOUTH 01 DEGREES 36 MINUTES 34 SECONDS WEST (RECORD AS SOUTH 00 DEGREES 16 MINUTES 56 SECONDS WEST ACCORDING TO ADOT PARCEL 7-4241), 55.01 FEET FROM THE NORTH QUARTER CORNER OF SAID SECTION 4;
THENCE EAST (RECORDED AS NORTH 88 DEGREES 40 MINUTES 28 SECONDS EAST, ACCORDING TO ADOT PARCEL 7-42410), 503.20 FEET;
THENCE NORTH (RECORDED AS NORTH 01 DEGREES 19 MINUTES 32 SECONDS WEST ACCORDING TO ADOT PARCEL 7-4241), 55.00 FEET TO THE POINT OF ENDING ON THE NORTH LINE OF SAID SECTION 4, WHICH POINT BEARS NORTH 88 DEGREES 40 MINUTES 28 SECONDS EAST, 501.66 FEET FROM SAID NORTH QUARTER CORNER OF SECTION 4, AS CONVEYED TO THE STATE OF ARIZONA IN DEED RECORDED IN RECORDING NO. 86-652262 OF OFFICIAL RECORDS; AND

EXCEPT THAT PARCEL OF LAND LYING WITHIN SAID NORTHEAST QUARTER OF SECTION 4 AND BEING A PORTION OF THAT CERTAIN PARCEL DESCRIBED IN RECORDING NO. 95-490799 OF OFFICIAL RECORDS, DESCRIBED AS FOLLOWS:
COMMENCING AT THE NORTH QUARTER CORNER OF SAID SECTION 4;
THENCE NORTH 88 DEGREES 40 MINUTES 25 SECONDS EAST, ALONG THE NORTH LINE OF SAID NORTHEAST QUARTER, 998.19 FEET;
THENCE SOUTH 00 DEGREES 09 MINUTES 14 SECONDS WEST, 40.01 FEET TO THE NORTHEAST CORNER OF SAID PARCEL ON THE SOUTH LINE OF THE NORTH 40.00 FEET OF SAID NORTHEAST QUARTER AND THE POINT OF BEGINNING;
THENCE SOUTH 00 DEGREES 09 MINUTES 14 SECONDS WEST, ALONG THE EAST LINE OF SAID PARCEL, 28.05 FEET;
THENCE NORTH 68 DEGREES 29 MINUTES 09 SECONDS WEST, 42.26 FEET TO A POINT ON THE SOUTH LINE OF THE NORTH 51.64 FEET OF SAID NORTHEAST QUARTER;
THENCE SOUTH 88 DEGREES 40 MINUTES 25 SECONDS WEST, ALONG SAID SOUTH LINE, 455.83 FEET TO A POINT ON THE EAST LINE OF THAT PARCEL CONVEYED TO ARIZONA DEPARTMENT OF TRANSPORTATION IN RECORDING NO. 86-652262 OF OFFICIAL RECORDS;
THENCE NORTH 01 DEGREES 19 MINUTES 35 SECONDS WEST, ALONG SAID EAST LINE, 11.64 FEET TO A POINT ON THE SOUTH LINE OF THE NORTH 40.00 FEET OF SAID NORTHEAST QUARTER;
THENCE NORTH 88 DEGREES 40 MINUTES 25 SECONDS EAST, ALONG THE SOUTH LINE, 495.50 FEET TO THE POINT OF BEGINNING, AS CONVEYED TO MARICOPA COUNTY IN DEED RECORDED IN RECORDING NO. 99-332877 OF OFFICIAL RECORDS.

## NOTES

1. THIS SURVEY IS BASED UPON A TITLE COMMITMENT PREPARED BY FIRST AMERICAN TITLE INSURANCE COMPANY, ESCROW/TITLE NO. 5089214, ISSUED JANUARY 7, 2009 AT 7:30 A.M.
2. THE SURVEYOR HAS RELIED ON SAID TITLE COMMITMENT TO DISCLOSE ALL MATTERS OF RECORD AFFECTING THE SUBJECT PROPERTY. THE SURVEYOR HAS MADE NO INVESTIGATION OR INDEPENDENT SEARCH FOR EASEMENTS OF RECORD, ENCUMBRANCES, RESTRICTIVE COVENANTS, OWNERSHIP TITLE EVIDENCE, OR ANY OTHER MATTERS THAT MAY AFFECT THE PROPERTY.
3. THIS IS AN ABOVE-GROUND SURVEY. THE UNDERGROUND UTILITIES, IF SHOWN, ARE BASED ON OBSERVED EVIDENCE AND THESE LOCATIONS SHOULD BE CONSIDERED APPROXIMATE. THERE MAY BE ADDITIONAL UNDERGROUND UTILITIES NOT SHOWN ON THIS DRAWING.
4. UTILITY LOCATIONS PROVIDED BY: ARIZONA BLUE STAKE INC.
4415 S WENDLER DRIVE SUITE 105 TEMPE, ARIZONA 85236
* PROPERTY HAS BEEN CLEARED OF ANY CONFLICTING UTILITIES BY ALL RESPONDING UTILITY PROVIDERS.
PER TICKET NUMBER – 2008102301051.

## ZONING

RU-43 (RURAL-43, RURAL ZONING DISTRICT)
SETBACKS – FRONT 40, REAR 40', SIDE 30'
MAXIMUM BUILDING HEIGHT – 30'; LOT COVERAGE – 15%
*PER MARICOPA COUNTY ZONING ORDINANCE, CHAPTER 5, PAGES 12-13.

NORTHERN AVENUE
91ST AVENUE
PARCEL 2 PARCEL 1 PARCEL 3 PARCEL 4 PARCEL 5
SHEET 2
SHEET 3
NE 1/4 SEC 4
T 2 N, R 1 E

## SCHEDULE "B" ITEMS

1. SECOND INSTALLMENT OF 2008 TAXES, A LIEN, PAYABLE ON OR BEFORE MARCH 1, 2009, AND DELINQUENT MAY 1, 2009.

2. THE LIABILITIES AND OBLIGATIONS IMPOSED UPON SAID LAND BY REASON OF: (A) INCLUSION THEREOF WITHIN THE BOUNDARIES OF THE SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT; (B) MEMBERSHIP OF THE OWNER THEREOF IN THE SALT RIVER VALLEY WATER USERS' ASSOCIATION, AN ARIZONA CORPORATION AND (C) THE TERMS OF ANY WATER RIGHT APPLICATION MADE UNDER THE RECLAMATION LAWS OF THE UNITED STATES FOR THE PURPOSE OF OBTAINING WATER RIGHTS FOR SAID LAND. (ALL ASSESSMENTS DUE AND PAYABLE ARE PAID.)

3. RESERVATIONS OR EXCEPTIONS IN PATENTS, OR IN ACTS AUTHORIZING THE ISSUANCE THEREOF.

4. ALL MATTERS AS SET FORTH IN DECLARATION OF RESTRICTIVE COVENANT, RECORDED JUNE 02, 2003 AS 2003-703150 OF OFFICIAL RECORDS.

(AFFECTS PARCEL NO. 1, 2, 3 AND 4)

(5) 5. THE FOLLOWING MATTERS DISCLOSED BY AN ALTA/ACSM SURVEY MADE BY THUNDERBIRD SURVEYING LLC ON OCTOBER 30, 2008, DESIGNATED JOB NO. 08-122:

A. 5 FOOT CONCRETE IRRIGATION DITCH ALONG THE NORTH LINE OF PARCEL NOS. 1, 2, 3 AND 4.

6. WATER RIGHTS, CLAIMS OR TITLE TO WATER, WHETHER OR NOT SHOWN BY THE PUBLIC RECORDS.

## AREA CALCULATIONS

| PARCEL NO. | SQUARE FEET | ACRES |
|---|---|---|
| PARCEL 1 | 1,998,984 | 45.890 |
| PARCEL 2 | 2,332,090 | 53.537 |
| PARCEL 3 | 1,526,621 | 35.046 |
| PARCEL 4 | 16,815 | 0.386 |
| PARCEL 5 | 920 | 0.021 |

## LEGAL DESCRIPTION

PARCEL NO. 3:
THE EAST HALF OF THE EAST HALF OF THE NORTHEAST QUARTER OF SECTION 4, TOWNSHIP 2 NORTH, RANGE 1 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA;

EXCEPT A TRACT OF LAND FOR A WELL SITE DESCRIBED AS FOLLOWS:
BEGINNING AT THE SOUTHEAST CORNER OF SAID TRACT, 33.00 FEET WEST OF THE EAST QUARTER CORNER OF SAID SECTION 4;
THENCE NORTH 36.00 FEET TO THE NORTHEAST CORNER OF SAID TRACT;
THENCE WEST 30.00 FEET TO THE NORTHWEST CORNER OF SAID TRACT;
THENCE SOUTH 36.00 FEET TO THE SOUTHWEST CORNER OF SAID TRACT;
THENCE EAST 30.00 FEET TO THE POINT OF BEGINNING; AND

EXCEPT THAT PARCEL OF LAND LYING WITHIN SAID NORTHEAST QUARTER OF SECTION 4, AND BEING A PORTION OF THAT CERTAIN PARCEL DESCRIBED IN RECORDING NO. 88-089216 OF OFFICIAL RECORDS, DESCRIBED AS FOLLOWS:
COMMENCING AT THE NORTHEAST CORNER OF SAID SECTION 4;
THENCE SOUTH 88 DEGREES 40 MINUTES 25 SECONDS WEST, ALONG THE NORTH LINE OF SAID NORTHEAST QUARTER, 665.46 FEET;
THENCE SOUTH 00 DEGREES 01 MINUTES 25 SECONDS WEST, 55.01 FEET TO THE NORTHWEST CORNER OF SAID PARCEL ON THE SOUTH LINE OF THE NORTH 55.00 FEET OF SAID NORTHEAST QUARTER AND THE POINT OF BEGINNING;
THENCE NORTH 88 DEGREES 40 MINUTES 25 SECONDS EAST, ALONG SAID SOUTH LINE, 32.81 FEET;
THENCE SOUTH 67 DEGREES 10 MINUTES 25 SECONDS WEST, 35.59 FEET TO A POINT ON THE WEST LINE OF SAID PARCEL;
THENCE NORTH 00 DEGREES 01 MINUTES 25 SECONDS EAST, ALONG THE WEST LINE OF SAID PARCEL, 13.05 FEET TO THE POINT OF BEGINNING, AS CONVEYED TO MARICOPA COUNTY IN FINAL JUDGMENT IN CONDEMNATION IN CV 99-10315 RECORDED IN RECORDING NO. 2000-122430 OF OFFICIAL RECORDS, RECORDING NO. 2000-209504 OF OFFICIAL RECORDS, AND IN RECORDING NO. 2000-218264 OF OFFICIAL RECORDS; AND

EXCEPT THE NORTH 33.00 FEET AS CONVEYED TO MARICOPA COUNTY IN BOOK 96 OF DEEDS, PAGE 375; AND

EXCEPT THE EAST 33.00 FEET AS CONVEYED TO MARICOPA COUNTY IN DEED RECORDED IN BOOK 105 OF DEEDS, PAGE 382; AND

EXCEPT THE WEST 22.00 FEET OF THE EAST 55.00 FEET, AND THE SOUTH 22.00 FEET OF THE NORTH 55.00 FEET, AND BEGINNING AT THE POINT OF INTERSECTION OF THE SOUTH LINE OF THE NORTH 55.00 FEET AND THE WEST LINE OF THE EAST 55.00 FEET OF SAID EAST ONE-HALF OF THE EAST ONE-HALF OF THE NORTHEAST ONE-QUARTER OF SECTION 4;
THENCE SOUTH 15.00 FEET ALONG SAID WEST LINE OF THE EAST 55.00 FEET TO A POINT;
THENCE IN A NORTHWESTERLY DIRECTION TO A POINT ON SAID SOUTH LINE OF THE NORTH 55.00 FEET THAT IS 15.00 FEET WEST OF SAID POINT OF INTERSECTION;
THENCE EAST TO THE POINT OF INTERSECTION AS CONVEYED TO MARICOPA COUNTY AS RECORDED IN RECORDING NO. 88-089217 OF OFFICIAL RECORDS.

PARCEL NO. 4:
THE EAST HALF OF THE WEST HALF OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 4, TOWNSHIP 2 NORTH, RANGE 1 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA:

EXCEPT THE NORTH 33.00 FEET AS CONVEYED TO MARICOPA COUNTY RECORDED IN BOOK 96 OF DEEDS, PAGE 375, AND;

EXCEPT THE SOUTH 7.00 FEET OF THE NORTH 40.00 FEET THEREOF, AS DEEDED TO MARICOPA COUNTY BY QUIT CLAIM DEED RECORDED JULY 18 IN DOCKET 2539, PAGE 134; AND ALSO

EXCEPT A PART OF THE NORTHEAST QUARTER OF SECTION 4, TOWNSHIP 2 NORTH, RANGE 1 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA, MORE FULLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHEAST QUARTER OF SAID SECTION 4;
THENCE WEST ALONG THE NORTH LINE OF SAID SECTION A DISTANCE OF 715.49 FEET;
THENCE SOUTH 01 DEGREES 46 MINUTES 37 SECONDS WEST (MEASURED) SOUTH 01 DEGREES 45 MINUTES 56 SECONDS WEST (RECORD) A DISTANCE OF 40.02 FEET TO A POINT ON THE SOUTH RIGHT OF WAY LINE OF NORTHERN AVENUE AND THE TRUE POINT OF BEGINNING;
THENCE CONTINUING SOUTH 01 DEGREES 46 MINUTES 37 SECONDS WEST (MEASURED) SOUTH 01 DEGREES 45 MINUTES 56 SECONDS WEST (RECORD) A DISTANCE OF 362.00 FEET;
THENCE EAST A DISTANCE OF 50.00 FEET TO A POINT ON THE EAST LINE OF THE WEST HALF OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 4;
THENCE SOUTH 01 DEGREES 46 MINUTES 37 SECONDS WEST (MEASURED) SOUTH 01 DEGREES 45 MINUTES 56 SECONDS WEST (RECORD) ALONG SAID EAST LINE A DISTANCE OF 864.48 FEET TO THE SOUTHEAST CORNER OF SAID WEST HALF OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER;
THENCE SOUTH 89 DEGREES 51 MINUTES 13 SECONDS WEST (MEASURED) SOUTH 89 DEGREES 50 MINUTES 32 SECONDS WEST (RECORD) A DISTANCE OF 10.00 FEET;
THENCE SOUTH 01 DEGREES 45 MINUTES 56 SECONDS WEST A DISTANCE OF 92.05 FEET;
THENCE SOUTH 89 DEGREES 51 MINUTES 13 SECONDS WEST, A DISTANCE OF 376.13 FEET (MEASURED) SOUTH 89 DEGREES 50 MINUTES 32 SECONDS WEST A DISTANCE OF 376.11 FEET (RECORD);
THENCE NORTH 01 DEGREES 44 MINUTES 53 SECONDS EAST (MEASURED) NORTH 01 DEGREES 44 MINUTES 12 SECONDS EAST (RECORD) A DISTANCE OF 1319.58 FEET TO A POINT 40.02 FEET SOUTH OF THE NORTH SECTION LINE AND ON THE SOUTH RIGHT OF WAY LINE OF SAID NORTHERN AVENUE;
THENCE EAST ALONG SAID RIGHT OF WAY LINE A DISTANCE OF 336.74 FEET TO THE TRUE POINT OF BEGINNING.

PARCEL NO. 5:
BEING A PARCEL OF LAND SITUATED IN THE NORTHEAST QUARTER OF SECTION 4, TOWNSHIP 2 NORTH, RANGE 1 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHEAST CORNER OF SAID SECTION 4;
THENCE WEST, ALONG THE NORTH LINE OF SAID SECTION 4, A DISTANCE OF 715.49 FEET;
THENCE SOUTH 01 DEGREES 46 MINUTES 37 SECONDS WEST (MEASURED), (SOUTH 01 DEGREES 45 MINUTES 56 SECONDS WEST RECORD) A DISTANCE OF 402.02 FEET;
THENCE EAST, A DISTANCE OF 50.02 FEET (MEASURED) (50.00 FEET RECORD) TO A POINT IN THE EAST LINE OF THE WEST HALF OF THE NORTHEAST QUARTER OF SAID SECTION 4;
THENCE ALONG SAID EAST LINE, SOUTH 01 DEGREES 46 MINUTES 37 SECONDS WEST (MEASURED), (SOUTH 01 DEGREES 45 MINUTES 56 SECONDS WEST RECORD) A DISTANCE OF 864.48 FEET TO THE POINT OF BEGINNING;
THENCE SOUTH 89 DEGREES 51 MINUTES 13 SECONDS WEST (MEASURED), (SOUTH 89 DEGREES 50 MINUTES 32 SECONDS WEST RECORD) A DISTANCE OF 10.00 FEET;
THENCE SOUTH 01 DEGREES 46 MINUTES 37 SECONDS WEST (MEASURED), (SOUTH 01 DEGREES 45 MINUTES 56 SECONDS WEST RECORD) A DISTANCE OF 92.13 FEET (MEASURED) (92.05 FEET RECORD);
THENCE NORTH 89 DEGREES 51 MINUTES 13 SECONDS EAST, A DISTANCE OF 10.00 FEET TO A POINT IN THE EAST LINE OF THE WEST HALF OF THE NORTHEAST QUARTER OF SAID SECTION 4;
THENCE ALONG SAID EAST LINE, NORTH 01 DEGREES 46 MINUTES 37 SECONDS EAST, A DISTANCE OF 92.13 FEET TO THE POINT OF BEGINNING.

## BASIS OF BEARINGS

BASIS OF BEARINGS SHOWN HEREON IS THE NORTH LINE OF THE NORTHEAST QUARTER OF SECTION 4 AS NORTH 88°40'25" EAST.

## CERTIFICATION

TO: RAINIER RESOURCES INC., A DELAWARE CORPORATION AND FIRST AMERICAN TITLE INSURANCE COMPANY:

THIS IS TO CERTIFY THAT THIS MAP OR PLAT AND THE SURVEY ON WHICH IT IS BASED WERE MADE IN ACCORDANCE WITH "MINIMUM STANDARD DETAIL REQUIREMENTS FOR ALTA/ACSM LAND TITLE SURVEYS," JOINTLY ESTABLISHED AND ADOPTED BY ALTA, ACSM AND NSPS IN 2005, AND INCLUDES ITEMS 1, 2, 8, 10, 11 (b) AND 13 FROM TABLE A THEREOF. PURSUANT TO THE ACCURACY STANDARDS AS ADOPTED BY ALTA, NSPS, AND ACSM AND IN EFFECT ON THE DATE OF THIS CERTIFICATION, UNDERSIGNED FURTHER CERTIFIES THAT PROPER FIELD PROCEDURES, INSTRUMENTATION AND ADEQUATE SURVEY PERSONNEL WERE EMPLOYED IN ORDER TO ACHIEVE RESULTS COMPARABLE TO THOSE OUTLINED IN THE "MINIMUM ANGLE, DISTANCE AND CLOSURE REQUIREMENTS FOR SURVEY MEASUREMENTS WHICH CONTROL LAND BOUNDARIES FOR ALTA/ACSM LAND TITLE SURVEYS."

DATE: JANUARY 13, 2009

JIMMY W. SPRINGER, RLS 34399

REGISTERED LAND SURVEYOR 34399 JIMMY WAYNE SPRINGER EXPIRES 12/31/2011

RAINIER RESOURCES INC.
91ST AVENUE & NORTHERN AVENUE
GLENDALE, ARIZONA 85305

THUNDERBIRD SURVEYING LLC
7741 EAST GRAY ROAD SUITE 11 SCOTTSDALE, ARIZONA 85260
Phone: 480-629-4399 Fax: 480-609-9892 E-mail: tbirdsurvey@cox.net

ALTA/ACSM LAND TITLE SURVEY

DESIGNED: JLO
DRAWN: JLO
CHECKED: JWS
DATE: 01/13/2009
Q.C.: JWS

NO. DATE REVISIONS

SHEET 1 OF 3

JOB NO. 08-122

| LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1(M) | S45°24'52"E | 20.87 |
| L2(M) | S88°25'31"W | 53.04 |
| L3(M) | S88°25'31"W | 8.01 |
| L3(R) | S90°00'00"W | N/A |
| L4(M) | S00°29'51"W | 38.02 |
| L4(R) | S00°00'00"W | 36.00 |
| L5(M) | N00°17'03"E | 226.09 |
| L6(M) | N88°40'25"E | 100.04 |
| L7(M) | N00°17'03"E | 203.08 |
| L8(M) | N88°40'25"E | 43.02 |
| L9(M) | N01°19'11"W | 3.36 |
| L10(M&R) | N68°29'09"W | 42.26 |
| L11(M) | S88°40'25"W | 26.26 |
| L12(M) | S86°15'59"W | 43.03 |
| L13(M) | N68°30'19"W | 25.52 |
| L14(M) | S88°40'25"W | 26.17 |
| L15(M) | S87°10'25"W | 35.70 |
| L15(R) | S87°10'25"W | 35.59 |
| L16(M) | S88°40'25"W | 50.00 |
| L16(R&R3) | S90°00'00"E | 50.00 |
| L17(M) | N88°29'56"E | 10.00 |
| L17(R&R3) | N89°50'32"E | 10.00 |
| L18(M) | N00°26'39"E | 92.05 |
| L18(R) | N01°46'37"E | 92.13 |
| L19(M) | N88°29'56"E | 10.00 |
| L19(R) | N89°51'13"E | 10.00 |
| L20(M) | N00°26'39"E | 92.05 |
| L20(R&R3) | N01°45'56"E | 92.05 |

# ALTA/ACSM LAND TITLE SURVEY

OF A PORTION OF THE NORTHEAST QUARTER OF SECTION 4, TOWNSHIP 2 NORTH, RANGE 1 EAST OF THE GILA & SALT RIVER BASE & MERIDIAN, MARICOPA COUNTY, ARIZONA

**REFERENCE**

(R) SPECIAL WARRANTY DEED, RECORDED AS DOCUMENT NO. 2004-1309194, RECORDS OF MARICOPA COUNTY, ARIZONA

(R1) FINAL PLAT OF ZANJERO, RECORDED IN BOOK 764 OF MAPS, PAGE 42, RECORDS OF MARICOPA COUNTY, ARIZONA

(R2) PLSS SUBDIVISION RECORD OF SURVEY, RECORDED IN BOOK 699 OF MAPS, PAGE 26, RECORDS OF MARICOPA COUNTY, ARIZONA
NOTE: DISTANCE COVERTED FROM GRID TO GROUND USING A SCALE FACTOR OF 1.00012831

(R3) RESULTS OF SURVEY, RECORDED IN BOOK 646 OF MAPS, PAGE 24, RECORDS OF MARICOPA COUNTY, ARIZONA

LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1(M) | S45°24'52"E | 20.87 |
| L2(M) | S88°25'31"W | 63.04 |
| L3(M) | S88°25'31"W | 8.01 |
| L3(R) | S90°00'00"W | N/A |
| L4(M) | S00°29'51"W | 36.02 |
| L4(R) | S00°00'00"W | 36.00 |
| L5(M) | N00°17'03"E | 226.09 |
| L6(M) | N88°40'25"E | 100.04 |
| L7(M) | N00°17'03"E | 203.08 |
| L8(M) | N88°40'25"E | 43.02 |
| L9(M) | N01°19'11"W | 3.36 |
| L10(M&R) | N88°29'09"W | 42.28 |
| L11(M) | S88°40'25"W | 26.26 |
| L12(M) | S88°15'59"W | 43.03 |
| L13(M) | N88°30'19"W | 25.52 |
| L14(M) | S88°40'25"W | 26.17 |
| L15(M) | S87°10'25"W | 35.70 |
| L15(R) | S87°10'25"W | 35.59 |
| L16(M) | S88°40'25"W | 50.00 |
| L16(R&R3) | S90°00'00"E | 50.00 |
| L17(M) | N88°29'56"E | 10.00 |
| L17(R&R3) | N89°50'32"E | 10.00 |
| L18(M) | N00°26'39"E | 92.05 |
| L18(R) | N01°46'37"E | 92.13 |
| L19(M) | N88°29'56"E | 10.00 |
| L19(R) | N89°51'13"E | 10.00 |
| L20(M) | N00°26'39"E | 92.05 |
| L20(R&R3) | N01°45'56"E | 92.05 |

LEGEND

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (R) | RECORD BEARING OR DISTANCE | | WATER VALVE | | ELECTRIC JUNCTION BOX | ——x—— | CHAIN LINK FENCE |
| (M) | MEASURED BEARING OR DISTANCE | | GAS VALVE | | FIRE HYDRANT | | CURB INLET |
| | BRASS CAP (AS NOTED) | | WATER METER | – – G – – | GAS LINE | ROW | RIGHT OF WAY |
| • | FOUND 1/2" REBAR LS 34399 (OR AS NOTED) | | LIGHT POLE | ····W···· | WATER LINE | | TRAFFIC SIGN |
| | SANITARY SEWER MANHOLE | | TRAFFIC SIGNAL | ···OHE – – | OVERHEAD ELECTRIC LINE | | TELEPHONE RISER |
| | TELEPHONE MANHOLE | | POWER POLE | — S — | SEWER LINE | | ELECTRIC TRANSFORMER |
| | SRP IRRIGATION MANHOLE | | MISC. POLE | | STORM DRAIN | | GAS MARKER |
| | STORM DRAIN MANHOLE | | GUY WIRE | – –UGE– – | UNDERGROUND ELECTRIC LINE | | |

RAINIER RESOURCES INC.
91ST AVENUE & NORTHERN AVENUE
GLENDALE, ARIZONA 85305

**THUNDERBIRD SURVEYING LLC**
7741 EAST GRAY ROAD SUITE 11 SCOTTSDALE, ARIZONA 85260
Phone: 480-629-4399 Fax: 480-609-9892 E-mail: tbirdsurvey@cox.net

ALTA/ACSM LAND TITLE SURVEY

| NO. | DATE | REVISIONS |
|---|---|---|

DESIGNED: JLO
DRAWN: JLO
CHECKED: JRS
DATE: 01/13/2009
Q.C.: JRS

REGISTERED LAND SURVEYOR
EXPIRES 12/31/2011

SHEET 3 OF 3
JOB NO. 08-122