# EXHIBIT A, TAB 4E

