# EXHIBIT A, TAB 4G

OMB No. 2502-0265 (Exp. 12-31-86)       Page 1

| A. | | B. TYPE OF LOAN | |
|---|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY<br>CLOSER: Jack F. Knott<br>DATE OF PRINTING: 08/21/03<br>TIME OF PRINTING: 18:38 | | 1. ☐ FHA  2. ☐ FmHA  3. ☐ CONV. UNINS.<br>4. ☐ VA   5. ☐ CONV. INS. | |
| | | 6. File Number: 2312641  HGC | |
| | | 7. Loan Number: 002312641-001 JFK 42 | |
| FINAL SETTLEMENT STATEMENT<br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | 8. Mortgage Insurance Case Number | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME OF BORROWER:** RAINIER RESOURCES, INC.
**ADDRESS:** 2801 ALASKAN WAY, SUITE 300
SEATTLE    Washington    98121-1128

**E. NAME OF SELLER:** INVESTMENT PROPERTY EXCHANGE SERVICES
**ADDRESS:** 2390 E. CAMELBACK ROAD, SUITE 210
PHOENIX    Arizona    85016

**F. NAME OF LENDER:** TO COME
**ADDRESS:**

**G. PROPERTY LOCATION:** 91ST AVENUE AND NORTHERN
GLENDALE    Arizona

**H. SETTLEMENT AGENT:** CHICAGO TITLE INSURANCE COMPANY
**ADDRESS:** 2415 East Camelback Road, #300
Phoenix    Arizona    85016
**PLACE OF SETTLEMENT:** 2415 East Camelback Road, #300
**ADDRESS:** Phoenix    Arizona    85016

**I. SETTLEMENT DATE:** August 21, 2003

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract sales price | 13,807,126.00 | 401. Contract sales price | 13,807,126.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 15,222.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes  to | | 406. City/town taxes  to | |
| 107. County taxes  to | | 407. County taxes  to | |
| 108. Assessments  to | | 408. Assessments  to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMT DUE FROM BORROWER | 13,822,348.00 | 420. GROSS AMT DUE TO SELLER | 13,807,126.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | 100,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 602,126.92 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| | | 504. Payoff of first mortgage loan | |
| 204. ADDITIONAL DEPOSIT | 150,000.00 | CHICAGO TITLE INSURANCE COMPANY | 5,394,998.13 |
| 205. CLOSING FUNDS | 14,000,000.00 | 505. Payoff of second mortgage loan | |
| | | LINCOLN HERITAGE LIFE INSURANCE COMPANY | 2,111,615.30 |
| 206. | | 506. COMPASS BANK | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. Add'l Settle Chgs to Seller (attached) | 5,628,701.38 |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes  to | | 510. City/town taxes  to | |
| 211. County taxes  01/01/03 to 08/21/03 | 63,003.71 | 511. County taxes  01/01/03 to 08/21/03 | 63,003.71 |
| 212. Assessments  to | | 512. Assessments  to | |
| 213. FARM LEASE | 6,680.56 | 513. FARM LEASE | 6,680.56 |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 14,319,684.27 | 520. TOTAL REDUCTIONS AMT DUE SELLER | 13,807,126.00 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amt due from borrower (line 120) | 13,822,348.00 | 601. Gross amt due to seller (line 420) | 13,807,126.00 |
| 302. Less amts paid by/for borrower (line 220) | (14,319,684.27) | 602. Less reductions in amt due seller (line 520) | (13,807,126.00) |
| 303. CASH (☐ FROM) (☒ TO) BORROWER | 497,336.27 | 603. CASH (☐ TO) (☒ FROM) SELLER | 0.00 |

JFK                                                HUD-1 (3/86) RESPA

F-2857-01 4/80               Page 2               OMB No. 2502-0265 (Exp. 12-31-86)

| ORD#/ABS# 2312641 HGC | L. SETTLEMENT CHARGES | TIME OF PRINTING: 18:38 |
|---|---|---|
| ESC# 002312641 JFK 42 | | DATE OF PRINTING: 08/21/03 |

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price $ 13,807,126.00 @ %= | | |
| | Division of Commission (line 700) as follows: | | |
| 701. | LB: $ to | | |
| 702. | SB: $ to | | |
| 703. | Commission paid at Settlement (Money retained by broker applied to commission $ ) | | |
| 704. | Other sales agent charges: | | |
| 705. | Additional commission: $ to | | |
| **800.** | **ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. | Loan Origination Fee % | | |
| 802. | Loan Discount % | | |
| 803. | Appraisal Fee to | | |
| 804. | Credit Report to | | |
| 805. | Lender's Inspection Fee to | | |
| 806. | Mortgage Insurance Application Fee to | | |
| 807. | Assumption Fee to | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 812. | | | |
| **900.** | **ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. | Interest from to @$ /day for 0 days | | |
| 902. | Mortgage Insurance Premium for 0.00 months to | | |
| 903. | Hazard Insurance Premium for 0.00 years to | | |
| 904. | | | |
| 905. | | | |
| **1000.** | **RESERVES DEPOSITED WITH LENDER** | | |
| 1001. | Hazard insurance 0.00 month @$ per month | | |
| 1002. | Mortgage insurance 0.00 month @$ per month | | |
| 1003. | City property taxes 0.00 month @$ per month | | |
| 1004. | County property taxes 0.00 month @$ per month | | |
| 1005. | Annual assessments 0.00 month @$ per month | | |
| 1006. | 0.00 month @$ per month | | |
| 1007. | 0.00 month @$ per month | | |
| 1008. | Aggregate Accounting Adjustment | 0.00 | 0.00 |
| **1100.** | **TITLE CHARGES** | | |
| 1101. | Settlement or Closing Fee to Chicago Title Insurance Co. | 1,761.00 | 1,761.00 |
| 1102. | Abstract or title search to | | |
| 1103. | Title examination to | | |
| 1104. | Title insurance binder to | | |
| 1105. | Document preparation to | | |
| 1106. | Notary fees to | | |
| 1107. | Attorney's fee to | | |
| 1108. | Title insurance to Chicago Title Insurance Co. | 10,976.00 | 10,976.00 |
| | (includes above items numbers:) | | |
| 1109. | Lender's coverage $ 0.00 $ | | |
| 1110. | Owner's coverage $ 13,807,126.00 $ | | |
| 1111. | ENDORSEMENTS | 2,473.00 | |
| 1112. | | | |
| 1113. | | | |
| **1200.** | **GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. | Recording fees: Deed $ 12.00 ; Mortgage $ ; Release $ 40.00 | 12.00 | 40.00 |
| 1202. | City/county tax/stamps: Deed $ ; Mortgage $ | | |
| 1203. | State tax/stamps: Deed $ ; Mortgage $ | | |
| 1204. | | | |
| 1205. | | | |
| **1300.** | **ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. | Survey to | | |
| 1302. | Pest inspection to | | |
| 1303. | 2ND HALF 2002 TAXES, PARCEL NO.142-56-003K | | 22,900.44 |
| 1304. | 2ND HALF 2002 TAXES, PARCEL NO.142-56-011B | | 15,750.81 |
| 1305. | BACK TAXES, PARCEL NO.142-56-018G | | 1,600.62 |
| 1306. | STEVEN SCHNITZER | | 479,838.05 |
| 1307. | WILLIAM GUNN | | 69,260.00 |
| **1400.** | **TOTAL SETTLEMENT CHARGES** (enter on lines 103, Section J and 502, Section K) | 15,222.00 | 602,126.92 |

JFK                                              HUD-1 (3/86) RESPA, HB 4305.2

| | | | | |
|---|---|---|---|---|
| ORD#/ABS# 2312641 | HGC | FINAL | OMB No. 2502-0265 (Exp. 12-31-86) | Page 3 |
| ESC# 002312641 | JFK 42 | SUPPLEMENTAL PAGE | TIME OF PRINTING: 18:38 DATE OF PRINTING: 08/21/03 | |

```
                  ADDITIONAL BUYER SETTLEMENT CHARGES
                                                                        CHARGE AMOUNT
─────────────────────────────────────────────────────────────────────────────────────
                  ADDITIONAL SELLER SETTLEMENT CHARGES
                                                                        CHARGE AMOUNT
   509.001     INVESTMENT PROPERTY EXCHANGE SERVICES          $                750.00
   509.002     INVESTMENT PROPERTY EXCHANGE SERVICES                       298,396.27
   509.003     LONDEN LAND COMPANY, L.L.C.                               5,329,555.11

   TOTAL Additional Settlement Charges to Seller   (LINE 509)   $        5,628,701.38
                                                                    ==================

─────────────────────────────────────────────────────────────────────────────────────
                     PAYOFF OF FIRST MORTGAGE LOAN
                                                                        CHARGE AMOUNT
   504.001     Loan Payoff to CHICAGO TITLE INSURANCE COMPANY  $         5,394,998.13

   TOTAL PAYOFF OF FIRST MORTGAGE LOAN (LINE 504)               $         5,394,998.13
                                                                    ==================

─────────────────────────────────────────────────────────────────────────────────────
                     PAYOFF OF SECOND MORTGAGE LOAN
                                                                        CHARGE AMOUNT
   505.001     Loan Payoff to LINCOLN HERITAGE LIFE INSURANCE COMPANY$   2,111,615.30

   TOTAL PAYOFF OF SECOND MORTGAGE LOAN (LINE 505)              $         2,111,615.30
                                                                    ==================
```

JFK                                                        HUD-1 (3/86) RESPA, HB 4305.2