# EXHIBIT A, TAB 4I

# RESOLUTION OF THE TOHONO O'ODHAM LEGISLATIVE COUNCIL
(Authorizing Expenditure of Pub. L. No. 99-503 Funds to Pay Off Bank of America Line of Credit and Terminating Line of Credit)

RESOLUTION NO. 07-024

1  WHEREAS,  the Constitution of the Tohono O'odham Nation vests the Tohono O'odham Legislative
2             Council with the power "to manage any funds within the exclusive control of the
3             Tohono O'odham Nation" (Constitution, Article VI, Section 1(d)(2)); and
4  WHEREAS,  in 1986, the United States Congress enacted the Gila Bend Indian Reservation Lands
5             Replacement Act as Pub. L. No. 99-503 and thereby appropriated $30,000,000 to the
6             Nation on behalf of the San Lucy District for land and water rights acquisition,
7             economic and community development, and relocation costs; and
8  WHEREAS,  in accordance with the Act, the Nation has invested Pub. L. No. 99-503 funds in interest
9             bearing accounts and is authorized to spend the principal and interest on behalf of
10            the San Lucy District for purposes stated in the Act; and
11 WHEREAS,  in 2003, Pub. L. No. 99-503 funds were used as collateral to establish a revolving line
12            of credit at the Bank of America ("San Lucy RLOC") to fund land acquisitions and/or
13            economic development for the benefit of the San Lucy District; and
14 WHEREAS,  based upon changes in market conditions, the San Lucy District has requested,
15            through Resolution No. SL-08-91-05, that Pub. L. No. 99-503 funds be used to pay off
16            the entire remaining balance of the San Lucy RLOC.
17 NOW, THEREFORE, BE IT RESOLVED by the Tohono O'odham Legislative Council that it authorizes
18            and directs (1) that Pub. L. No. 99-503 funds be transferred from the Bank of America
19            Investment Account in an amount necessary to pay off the entire remaining balance
20            of San Lucy RLOC, (2) that the San Lucy RLOC shall be terminated, and (3) that the
21            Nation's Chairwoman is authorized and directed to terminate the San Lucy RLOC.

22 The foregoing Resolution was passed by the Tohono O'odham Legislative Council on the 09TH. Day
23 of JANUARY, 2007 at a meeting at which a quorum was present with a vote of 2,440.80 FOR; -0-
24 AGAINST; -0- NOT VOTING; and [-0-] ABSENT, pursuant to the powers vested in the Council by
25 Article VI, Section 1(d)(2) and Article XVI, Section 1 of the Constitution of the Tohono O'Odham
26 Nation, adopted by the Tohono O'Odham Nation on January 18, 1986; and approved by the Acting
27 Deputy Assistant Secretary - Indian Affairs (Operations) on March 6, 1986, pursuant to Section 16
28 of the Act of June 18, 1934 (48 Stat. 984).
29
30

RESOLUTION NO. 07-024
(Authorizing Expenditure of Pub. L. No. 99-503 Funds to Pay Off Bank of America Line of Credit and Terminating Line of Credit)
Page 2 of 2

TOHONO O'ODHAM LEGISLATIVE COUNCIL

_____
Verlon M. Jose, Legislative Chairman

9 day of January, 2007

ATTEST:

_____
Lucille Lopez, Acting Legislative Secretary

09 day of January, 2007.

Said Resolution was submitted for approval to the office of the Chairwoman of the Tohono O'Odham Nation on the 9 day of January, 2007 at 12:13 o'clock, P.M., pursuant to the provisions of Section 5 of Article VII of the Constitution and will become effective upon her approval or upon her failure to either approve or disapprove it within 48 hours of submittal.

TOHONO O'ODHAM LEGISLATIVE COUNCIL

_____
Verlon M. Jose, Legislative Chairman

[✓] APPROVED          on the 9th day of January, 2007

[ ] DISAPPROVED       at 12:44 o'clock, P.M.

_____
VIVIAN JUAN-SAUNDERS, CHAIRWOMAN
TOHONO O'ODHAM NATION

Returned to the Legislative Secretary on the 09 day of January, 2007, at 1:54 o'clock, P.M.

_____
Lucille Lopez, Acting Legislative Secretary