# EXHIBIT A, TAB 4J

**Auto-Owners**                                        Page 1                          55039 (11-87)
                                                                                       Issued 06-25-2008
INSURANCE COMPANY                                      TAILORED PROTECTION POLICY DECLARATIONS
6101 ANACAPRI BLVD., LANSING, MI 48917-3999
                                                                       Renewal Effective 08-25-2008
AGENCY  THE MAHONEY GROUP
        25-0204-00      MKT TERR 074   (623) 215-1300   POLICY NUMBER   052325-45506144-08
INSURED RAINIER RESOURCES INC
        ATTN GRAHAM & DUNN/BUSCH
                                                       Company    | POLICY TERM
ADDRESS PIER 70 2801 ALASKAN WAY SU300                 Bill       | 12:01 a.m.   12:01 a.m.
                                                                  | 08-25-2008 to 08-25-2009
        SEATTLE, WA  98121-1134

In consideration of payment of the premium shown below, this policy is renewed. Please attach this
Declarations and attachments to your policy. If you have any questions, please consult with your agent.

                              COMMON POLICY INFORMATION

BUSINESS DESCRIPTION:  Vacant Land

ENTITY:  Corporation


Discount Applies For Affiliation With:  GLENDALE CHAMBER OF COMMERCE

|  |  |
|---|---|
| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S). | PREMIUM |
| THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT. | |
| COMMERCIAL GENERAL LIABILITY COVERAGE | $217.00 |
| MINIMUM PREMIUM ADJUSTMENT (GL) | 5.00 |
| TOTAL | $222.00 |

FORMS THAT APPLY TO ALL COVERAGE PART SHOWN ABOVE (EXCEPT GARAGE LIABILITY, DEALER'S
BLANKET, COMMERCIAL AUTOMOBILE, IF APPLICABLE)
    55000  (01-87)


A  4% CUMULATIVE MULTI-POLICY DISCOUNT APPLIES.  SUPPORTING POLICIES ARE MARKED WITH
AN (X):  COMM UMB(X) COMM AUTO( ) WC( ) LIFE( ) PERSONAL( ) FARM( )

A Merit Rating Plan Factor of 0.95 Applies.




Countersigned By: _____

*Auto-Owners*  Page 1                                       26449 (07-00)
                                                           Issued 07-29-2008

INSURANCE COMPANY                           UMBRELLA POLICY DECLARATIONS
6101 ANACAPRI BLVD., LANSING, MI 48917-3999
                                              Renewal Effective 08-25-2008
AGENCY  THE MAHONEY GROUP
        25-0204-00      MKT TERR 074  (623) 215-1300   POLICY NUMBER   46-503-619-00

INSURED  RAINIER RESOURCES INC                Company Use      45-21-AZ-0508
         C/O GRAHAM & DUNN/BUSCH
                                              Company    POLICY TERM
ADDRESS  PIER 70 2801 ALASKAN WY SU300        Bill    12:01 a.m.   12:01 a.m.
                                                                to
         SEATTLE  WA  98121-1134                      08-25-2008   08-25-2009

In consideration of payment of the premium shown below, this policy is renewed. Please attach this
Declarations and attachments to your policy. If you have any questions, please consult with your agent.

                              COMMERCIAL UMBRELLA
LIMITS OF LIABILITY:
    Products-Completed Operations Aggregate    $ 1,000,000
    Other Aggregate                            $ 1,000,000
    Each Incident Limit                        $ 1,000,000

RETAINED LIMIT: $ 10,000  (Waived when an Auto-Owners Insurance Group Company provides
 both the Commercial Automobile and Commercial General Liability coverage).

FORMS THAT APPLY TO THIS POLICY:   26800 (07-05)    26606 (10-05)    26611 (12-05)
 26442  (07-05)    59350  (01-08)  26505 (07-06)    26541 (08-05)    26527 (10-05)
 26852  (07-05)    26296  (07-05)

                                                         PREMIUM
COMMERCIAL UMBRELLA PREMIUM                              $620.14

THE POLICY PREMIUM SHOWN ABOVE INCLUDES:
   TERRORISM
       CERTIFIED ACTS  SEE FORMS 59350, 26505, 59390     $6.14


|                      | TERM     |
|----------------------|----------|
| TOTAL POLICY PREMIUM | $620.14  |

PROGRAM: Commercial

DISCOUNT APPLIES FOR AFFILIATION WITH: GLENDALE CHAMBER OF COMMERCE
A  7% Cumulative Multi-Policy Discount applies.  Supporting policies are marked with
an (X): Comm Auto( )  Comm Prop/Comm Liab(X)  Farm( )  WC( )  Life( )  Personal( ).

Countersigned By: _____