# EXHIBIT A, TAB 4K

# Maricopa County
## Treasurer's Office



| Tax Bill | Tax Summary | Pay Online! | Valuations | Home |
| Address | Update Address | Activities | Tax Receipt | New Parcel |

| Tax Summary - Parcel 142-56-003K 9 ||
|---|---|
| Total Due | $35,036.90 |

**Click on the year to go to Tax Detail.**      **Click on the amount due for a Tax Stub printout.**

| Tax Year | Status | Assessed Tax | Tax Paid | Amount Due |
|---|---|---|---|---|
| 2008 | Open | $70,073.80 | $35,036.90 | $35,036.90 |
| 2007 | Paid | $51,783.46 | $51,783.46 | $0.00 |
| 2006 | Paid | $41,827.42 | $41,827.42 | $0.00 |
| 2005 | Paid | $43,020.44 | $43,020.44 | $0.00 |
| 2004 | Paid | $1,264.34 | $1,264.34 | $0.00 |
| 2003 | Paid | $45,166.00 | $45,166.00 | $0.00 |
| 2002 | Paid | $43,481.98 | $43,481.98 | $0.00 |
| 2001 | Paid | $1,036.86 | $1,036.86 | $0.00 |
|  |  |  | Total Due | $35,036.90 |

Please call (602) 506-8511 for any questions concerning the Amount Due.

*Most Recent Mailing    Tax Bill    New Parcel    Treasurer's Home Page    Current Assessed Value    Parcel Map

*Note – Adobe Reader 7.0 or higher required.



| Tax Bill | Tax Summary | Pay Online! | Valuations | Home |
| Address | Update Address | Activities | Tax Receipt | New Parcel |

| Tax Summary - Parcel 142-56-001L 3 ||
|---|---|
| Total Due | $560.23 |

Click on the year to go to Tax Detail.  
Click on the amount due for a Tax Stub printout.

| Tax Year | Status | Assessed Tax | Tax Paid | Amount Due |
|---|---|---|---|---|
| 2008 | Open | $1,120.46 | $560.23 | $560.23 |
| 2007 | Paid | $1,415.82 | $1,415.82 | $0.00 |
| 2006 | Paid | $1,534.82 | $1,534.82 | $0.00 |
| 2005 | Paid | $1,496.60 | $1,496.60 | $0.00 |
| 2004 | Paid | $1,458.46 | $1,458.46 | $0.00 |
| 2003 | Paid | $24,627.24 | $24,627.24 | $0.00 |
| 2002 | Paid | $24,845.14 | $24,845.14 | $0.00 |
| 2001 | Paid | $24,071.40 | $24,071.40 | $0.00 |
| 2000 | Redeemed Tax Lien | $27,838.40 | $27,838.40 | $0.00 |
| 1999 | Paid | $1,546.72 | $1,546.72 | $0.00 |
|  |  |  | Total Due | $560.23 |

Please call (602) 506-8511 for any questions concerning the Amount Due.

*Most Recent Mailing    Tax Bill    New Parcel    Treasurer's Home Page    Current Assessed Value    Parcel Map

*Note – Adobe Reader 7.0 or higher required.



| Tax Bill | Tax Summary | Pay Online! | Valuations | Home |
|---|---|---|---|---|
| Address | Update Address | Activities | Tax Receipt | New Parcel |

## Tax Summary - Parcel 142-56-011B 1

| Total Due | $1,098.35 |
|---|---|

Click on the year to go to Tax Detail.

Click on the amount due for a Tax Stub printout.

| Tax Year | Status | Assessed Tax | Tax Paid | Amount Due |
|---|---|---|---|---|
| 2008 | Open | $2,196.70 | $1,098.35 | $1,098.35 |
| 2007 | Paid | $2,162.34 | $2,162.34 | $0.00 |
| 2006 | Paid | $918.94 | $918.94 | $0.00 |
| 2005 | Paid | $2,783.42 | $2,783.42 | $0.00 |
| 2004 | Paid | $2,714.64 | $2,714.64 | $0.00 |
| 2003 | Paid | $32,966.92 | $32,966.92 | $0.00 |
| 2002 | Paid | $29,906.70 | $29,906.70 | $0.00 |
| 2001 | Paid | $13,292.98 | $13,292.98 | $0.00 |
| 2000 | Redeemed Tax Lien | $12,507.10 | $12,507.10 | $0.00 |
| 1999 | Paid | $1,014.40 | $1,014.40 | $0.00 |
| 1998 | Paid | $1,000.14 | $1,000.14 | $0.00 |
| 1997 | Paid | $876.48 | $876.48 | $0.00 |
| 1996 | Paid | $726.60 | $726.60 | $0.00 |
| 1995 | Paid | $742.70 | $742.70 | $0.00 |
| 1994 | Paid | $665.10 | $665.10 | $0.00 |
| 1993 | Paid | $616.42 | $616.42 | $0.00 |
| | | | Total Due | $1,098.35 |

Please call (602) 506-8511 for any questions concerning the Amount Due.

*Most Recent Mailing   Tax Bill   New Parcel   Treasurer's Home Page   Current Assessed Value   Parcel Map

*Note – Adobe Reader 7.0 or higher required.



| Tax Bill | Tax Summary | Pay Online! | Valuations | Home |
| Address | Update Address | Activities | Tax Receipt | New Parcel |

### Tax Summary - Parcel 142-56-018G 8

| Total Due | $312.69 |

 **Click on the year to go to Tax Detail.**    **Click on the amount due for a Tax Stub printout.**

| Tax Year | Status | Assessed Tax | Tax Paid | Amount Due |
|---|---|---|---|---|
| 2008 | Open | $625.38 | $312.69 | $312.69 |
| 2007 | Paid | $466.66 | $466.66 | $0.00 |
| 2006 | Paid | $382.44 | $382.44 | $0.00 |
| 2005 | Paid | $724.12 | $724.12 | $0.00 |
| 2004 | Paid | $672.54 | $672.54 | $0.00 |
| 2003 | Paid | $393.88 | $393.88 | $0.00 |
| 2002 | Redeemed Tax Lien | $379.06 | $379.06 | $0.00 |
| 2001 | Redeemed Tax Lien | $314.84 | $314.84 | $0.00 |
| 2000 | Redeemed Tax Lien | $462.14 | $462.14 | $0.00 |
| 1999 | Paid | $150.26 | $150.26 | $0.00 |
| | | | Total Due | $312.69 |

Please call (602) 506-8511 for any questions concerning the Amount Due.

*Most Recent Mailing    Tax Bill    New Parcel    Treasurer's Home Page    Current Assessed Value    Parcel Map

*Note – Adobe Reader 7.0 or higher required.

# Maricopa County Treasurer's Office



home | site map | contact us

| Tax Bill | Tax Summary | Pay Online! | Valuations | Home |
| Address | Update Address | Activities | Tax Receipt | New Parcel |

## Tax Summary - Parcel 142-56-003H 4

| Total Due | $0.00 |

⬇ **Click on the year to go to Tax Detail.**  **Click on the amount due for a Tax Stub printout.** ⬇

| Tax Year | Status | Assessed Tax | Tax Paid | Amount Due |
|---|---|---|---|---|
| 2008 | Paid | $98.94 | $98.94 | $0.00 |
| 2007 | Paid | $66.84 | $66.84 | $0.00 |
| 2006 | Paid | $49.22 | $49.22 | $0.00 |
| 2005 | Paid | $30.08 | $30.08 | $0.00 |
| 2004 | Paid | $25.54 | $25.54 | $0.00 |
| 2003 | Paid | $1.68 | $1.68 | $0.00 |
| 2002 | Paid | $1.62 | $1.62 | $0.00 |
| 2001 | Paid | $1.46 | $1.46 | $0.00 |
| 2000 | Paid | $1.90 | $1.90 | $0.00 |
| 1999 | Paid | $1.96 | $1.96 | $0.00 |
| 1998 | Paid | $1.90 | $1.90 | $0.00 |
| 1997 | Paid | $1.66 | $1.66 | $0.00 |
| | | | Total Due | $0.00 |

Please call (602) 506-8511 for any questions concerning the Amount Due.

*Most Recent Mailing | Tax Bill | New Parcel | Treasurer's Home Page | Current Assessed Value | Parcel Map

*Note – Adobe Reader 7.0 or higher required.