# EXHIBIT A, TAB 4L

