AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Tohono O'odham Nation

      Plaintiff(s)        )  **APPEARANCE**

          vs.             )  CASE NUMBER   1:10-cv-00472-JDB

Kenneth L. Salazar

      Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Edward C. DuMont  as counsel in this
                                       (Attorney's Name)

case for:  Tohono O'odham Nation
               (Name of party or parties)

| | |
|---|---|
| March 24, 2010 | /s/ Edward C. DuMont |
| Date | Signature |
| | Edward C. DuMont |
| 471443 | Print Name |
| BAR IDENTIFICATION | 1875 Pennsylvania Ave. NW |
| | Address |
| | Washington, DC         20006 |
| | City     State     Zip Code |
| | (202) 663-6000 |
| | Phone Number |