**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOHONO O'ODHAM NATION,<br><br>                    Plaintiff,<br><br>       v.<br><br>KENNETH L. SALAZAR, in his official capacity as Secretary of the United States Department of the Interior,<br><br>                    Defendant. | Civil Action No. 1:10-cv-472-JDB |

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 25th day of March, 2010, I caused a true and correct copy of the Appearance of Edward C. DuMont to be served by courier on counsel for Defendant at the following address:

  Edward Passarelli
  Assistant Chief, Natural Resources Section
  Environment and Natural Resources Division
  UNITED STATES DEPARTMENT OF JUSTICE
  601 D Street NW
  3rd Floor
  Washington, DC  20004
  Tel: (202) 305-0440
  Fax: (202) 305-0506

  E-mail: edward.passarelli@usdoj.gov

  Counsel for Defendant

/s/ Danielle Spinelli
Danielle Spinelli (D.C. Bar No. 486017)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
E-mail: danielle.spinelli@wilmerhale.com

*Counsel for Plaintiff Tohono O'odham Nation*