IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| TOHONO O'ODHAM NATION, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| *v.* ) | No. 1:10-cv-472-JDB |
| ) | |
| KENNETH L. SALAZAR, in his official ) | |
| capacity as Secretary of the Interior, ) | |
| ) | |
| *Defendant.* ) | |
| _____ ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Kristofor R. Swanson as Counsel for the Defendant.  Mr.

Swanson is registered to use this Court's Electronic Case Filing System (ECF), and thus may

be served electronically using ECF.  If necessary, notices, orders, or other papers may

alternatively be sent to Mr. Swanson at the address below.


Respectfully submitted this 29th day of March, 2010.


                                        IGNACIA S. MORENO
                                        Assistant Attorney General

                                         *s/ Kristofor R. Swanson*

                                        KRISTOFOR R. SWANSON
                                        (Colo. Bar No. 39378)
                                        U.S. Department of Justice
                                        Environment & Natural Resources Division
                                        Natural Resources Section
                                        P.O. Box 663
                                        Washington, DC 20044-0663
                                        Tel: 202-305-0248
                                        Fax: 202-305-0506

Email: kristofor.swanson@usdoj.gov

Overnight delivery:
PHB Mail Room 2121
601 D Street, N.W.
Washington D.C., 20004