IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TOHONO O'ODHAM NATION, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| *v.* | ) | Civ. No. 1:10-cv-472-JDB |
| | ) | |
| KENNETH L. SALAZAR, in his official | ) | |
| capacity as Secretary of the Interior, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of J. Nathanael Watson as Counsel for the Defendant.  Mr.

Watson is registered to use this Court's Electronic Case Filing System (ECF), and thus may

be served electronically using ECF.  If necessary, notices, orders, or other papers may

alternatively be sent to Mr. Swanson at the address below.


Respectfully submitted this 29th day of March, 2010.

IGNACIA S. MORENO
Assistant Attorney General

 *s/ Joseph Nathanael Watson*

J. NATHANAEL wATSON
(Georgia Bar No. 212038)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel: 202-305-0475
Fax: 202-305-0267

Email: joseph.watson@usdoj.gov

Overnight delivery:
PHB Mail Room 2121
601 D Street, N.W.
Washington D.C., 20004

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

TOHONO O'ODHAM NATION                    )
                                         )
                                         )
               Plaintiff,                )        Judge John D. Bates
                                         )        No.  1:10-cv-00472-JDB
                                         )
          v.                             )
                                         )
KENNETH L. SALAZAR, in his official      )        CERTIFICATE OF SERVICE
capacity as Secretary of the Interior,   )
                                         )
               Defendant.                )
                                         )
_____  )

   I hereby certify that on the 29th day of March, 2010, I electronically filed the foregoing document with the clerk of court by using the CM/ECF system which will send notice of electronic filings to all counsel of record.

By:                              /s/ Joseph Nathanael Watson
                                 J. NATHANAEL WATSON
                                 Trial Attorney
                                 Natural Resources Section
                                 Environment & Natural Resources Division
                                 U.S. Department of Justice
                                 P.O. Box 663
                                 Washington, DC 20044
                                 Fax: (202) 305-0267
                                 Tel: (202) 305-0475
                                 joseph.watson@usdoj.gov