UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOHONO O'ODHAM NATION,<br><br>                    Plaintiff,<br><br>    v.<br><br>KENNETH L. SALAZAR, in his official capacity as Secretary of the United States Department of the Interior,<br><br>                    Defendant. | Civil Action No. 1:10-cv-472-JDB |

**NOTICE OF ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

   Please enter the appearance of James T. Meggesto (D.C. Bar No. 459900) as counsel in this case for the Gila River Indian Community.

                              Respectfully submitted,

                              _s/ James T. Meggesto_____
                              James T. Meggesto, DC Bar No. 459900
                              Akin Gump Strauss Hauer & Feld LLP
                              1333 New Hampshire Avenue, NW
                              Washington, D.C. 20036
                              (202) 887-4311
                              jmeggesto@akingump.com

April 16, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2010, I electronically filed the foregoing document with the Clerk of the Court using the following e-mail provided by the Clerk's office: dcd_cmecf@dcd.uscourts.gov. I also hereby certify that I caused a true and correct copy of the following document to be served by via electronic mail and overnight mail to counsel for all parties, including the City of Glendale, at the following addresses:

**Seth P. Waxman**
**Danielle Mary Spinelli**
**Edward C. DuMont**
Wilmer Cutler Pickering Hale & Dorr
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
seth.waxman@wilmerhale.com
danielle.spinelli@wilmerhale.com
edward.dumont@wilmerhale.com

**Kristofor R. Swanson**
**Joseph N. Watson**
U.S. Department of Justice, ENRD
P.O. Box 663
Washington, D.C. 20044
kristofor.swanson@usdoj.gov
joseph.watson@usdoj.gov

**Audrey Elaine Moog**
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, D.C. 20004-1161
amoog@hhlaw.com

_s/ James T. Meggesto_____
James T. Meggesto, DC Bar No. 459900
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 887-4311