IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOHONO O'ODHAM NATION,  )<br>  )<br>      Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>KENNETH L. SALAZAR, in his official  )<br>capacity as Secretary of the United States  )<br> Department of the Interior,  )<br>  )<br>  )<br>      Defendant.  )<br>  ) | Civil Action No. 1:10-cv-472-JDB |

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Dana Carver Boehm (D.C. Bar No. 494865) as counsel in this case for the City of Glendale, Arizona.

 

                                            Respectfully submitted,


                                            s/Dana Carver Boehm
                                            Dana Carver Boehm, DC Bar No. 494865
                                            HOGAN & HARTSON, LLP
                                            555 Thirteenth Street, NW
                                            Washington, DC  20004-1109
                                            Telephone:  (202) 637-5600
                                            Facsimile:  (202) 637-5910
                                            dcboehm@hhlaw.com

                                            Attorney for City of Glendale
                                            Movant-Intervenor

Dated:  April 20, 2010

## CERTIFICATE OF SERVICE

The undersigned counsel for City of Glendale, Arizona, hereby certifies that copies of the foregoing Notice of Appearance were served via ECF submission on the 20th day of April, 2010, on the following counsel:

>Danielle Spinelli
>Seth P. Waxman
>Edward C. DuMont
>WILMER CUTLER PICKERING
>HALE AND DORR LLP
>1875 Pennsylvania Avenue, NW
>Washington, DC 20006
>Telephone: (202) 663-6000
>Facsimile: (202) 663-6363
>E-mail: danielle.spinelli@wilmerhale.com
>
>*Counsel for Plaintiff Tohono O'odham Nation*
>
>Kristofor R. Swanson
>Joseph N. Watson
>U.S. DEPARTMENT OF JUSTICE
>ENRD
>P.O. Box 663
>Washington, DC 20044
>Telephone: (202) 305-0248
>Email: kristofor.swanson@usdoj.gov
>Email: joseph.watson@usdoj.gov
>
>*Counsel for Defendant Kenneth L. Salazar*
>
>James T. Meggesto
>AKIN GUMP STRAUSS HAUER & FELD LLP
>1333 New Hampshire Avenue, NW
>Washington, DC 20036
>Telephone: (202) 887-4311
>jmeggesto@akingump.com
>
>*Counsel for Movant-Amicus Curiae Gila River Indian Community*

>>s/Dana Carver Boehm
>>Dana Carver Boehm

\\\DC - 030140/000003 - 3071301 v1