IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TOHONO O'ODHAM NATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENNETH L. SALAZAR, in his official )<br>capacity as Secretary of the United States )<br> Department of the Interior, )<br>)<br>)<br>Defendant. )<br>)<br>)<br>CITY OF GLENDALE, ARIZONA )<br>)<br>Defendant-Intervenor. )<br>) | Civil Action No. 1:10-cv-472-JDB |

**CITY OF GLENDALE'S RESPONSE
TO DEFENDANT'S MOTION TO TRANSFER VENUE
TO THE DISTRICT OF ARIZONA**

Pursuant to this Court's March 31, 2010 Scheduling Order, the City of Glendale, Arizona hereby responds to Defendant's Motion to Transfer Venue to the District of Arizona. The City of Glendale joins Defendant in its request to transfer venue for the reasons set forth in Defendant's Motion.

If the Nation is successful in this lawsuit, an Indian reservation may be established in the middle of Glendale and within the greater Phoenix area. That is a matter of great importance and concern to the people in Arizona who would be affected by the Nation's assertion of sovereign control over a parcel of land in this suburban community. Accordingly, the interests of justice

\\\DC - 030140/000003 - 3059677 v2

would be served if the judicial proceedings, including the oral argument the Nation has requested, took place in the District of Arizona, where the affected public could closely observe the progress and disposition of this action.

Respectfully submitted,

s/Audrey E. Moog
Audrey E. Moog, DC Bar No. 468600
Dana Carver Boehm, DC Bar No. 494865
HOGAN & HARTSON, LLP
555 Thirteenth Street, NW
Washington, DC  20004-1109
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910

Attorneys for City of Glendale
Applicant for Intervention

Dated:  April 10, 2010