**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TOHONO O'ODHAM NATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| KENNETH L. SALAZAR, in his official capacity as Secretary of the United States Department of the Interior, | ) ) ) ) ) ) | Civil Action No. 1:10-cv-472-JDB |
| Defendant. | ) ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that as of May 1, 2010, the address and related information for Audrey E. Moog and Dana Carver Boehm, counsel for the City of Glendale, Arizona, is:

>Audrey E. Moog
>Dana Carver Boehm
>Hogan Lovells US LLP
>555 Thirteenth St. NW
>Washington, DC 20004
>Tel.: 202-637-8313
>E-mail: audrey.moog@hoganlovells.com
>Tel.: 202-637-6380
>E-mail: dana.boehm@hoganlovells.com
>Fax: 202-637-5910

>Respectfully submitted,

>s/Dana Carver Boehm
>Audrey E. Moog, DC Bar No. 468600
>Dana Carver Boehm, DC Bar No. 494865

\\\DC - 030140/000003 - 3079781 v1

                                      HOGAN LOVELLS US LLP
                                      555 Thirteenth Street, NW
                                      Washington, DC  20004-1109
                                      Telephone:  (202) 637-5600
                                      Facsimile:  (202) 637-5910

                                      Attorneys for Intervenor City of Glendale

Dated:  May 5, 2010

**CERTIFICATE OF SERVICE**

The undersigned counsel for City of Glendale, Arizona, hereby certifies that copies the foregoing Notice of Change of Address was served via ECF submission on the 5th day of May, 2010, on the following counsel:

>
> Danielle Spinelli
> Seth P. Waxman
> Edward C. DuMont
> WILMER CUTLER PICKERING
> HALE AND DORR LLP
> 1875 Pennsylvania Avenue, NW
> Washington, DC 20006
> Telephone: (202) 663-6000
> Facsimile: (202) 663-6363
> E-mail: danielle.spinelli@wilmerhale.com
>
> *Counsel for Plaintiff Tohono O'odham Nation*
>
> Kristofor R. Swanson
> Joseph N. Watson
> U.S. DEPARTMENT OF JUSTICE
> ENRD
> P.O. Box 663
> Washington, DC 20044
> Telephone: (202) 305-0248
> Email: kristofor.swanson@usdoj.gov
> Email: joseph.watson@usdoj.gov
>
> *Counsel for Defendant Kenneth L. Salazar*
>
> James T. Meggesto
> AKIN GUMP STRAUSS HAUER & FELD LLP
> 1333 New Hampshire Avenue, NW
> Washington, DC 20036
> Telephone: (202) 887-4311
> jmeggesto@akingump.com
>
> *Counsel for Amicus Curiae Gila River Indian Community*

                                                            s/Dana Carver Boehm
                                                            Dana Carver Boehm

\\\DC - 030140/000003 - 3079781 v1