UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOHONO O'ODHAM NATION,<br><br>      Plaintiff,<br><br>     v.<br><br>KENNETH L. SALAZAR, in his official capacity as Secretary of the United States Department of the Interior,<br><br>      Defendant. | Civil Action No. 1:10-cv-472-JDB |

**NOTICE OF ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Merrill C. Godfrey (D.C. Bar No. 464758) as counsel in this case for the Gila River Indian Community.

              Respectfully submitted,

              _s/ Merrill C. Godfrey_
              Merrill C. Godfrey, DC Bar No. 464758
              Akin Gump Strauss Hauer & Feld LLP
              1333 New Hampshire Avenue, NW
              Washington, D.C. 20036
              (202) 887-4195
              mgodfrey@akingump.com

May 12, 2010