UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOHONO O'ODHAM NATION,<br><br>                       Plaintiff,<br><br>v.<br><br>KENNETH L. SALAZAR, in his official capacity as Secretary of the United States Department of the Interior,<br><br>                       Defendant. | Civil Action No. 1:10-cv-472-JDB |

**NOTICE OF ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of James P. Tuite (D.C. Bar No. 360649) as counsel in this case for the Gila River Indian Community.

                                              Respectfully submitted,

                                              *s/ James P. Tuite*
                                              James P. Tuite, DC Bar No. 360649
                                              Akin Gump Strauss Hauer & Feld LLP
                                              1333 New Hampshire Avenue, NW
                                              Washington, D.C. 20036
                                              (202) 887-4406
                                              jtuite@akingump.com

May 12, 2010