IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOHONO O'ODHAM NATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENNETH L. SALAZAR, in his official )<br>capacity as Secretary of the Interior, )<br>)<br>Defendant, )<br>)<br>–and– )<br>)<br>THE CITY OF GLENDALE, )<br>)<br>Defendant-Intervenor. )<br>) | Case No. 10-cv-00472-JDB |

## JOINT ADMINISTRATIVE RECORD APPENDIX

Pursuant to Local Civil Rule 7(n), and on behalf of all parties, the United States hereby provides the Court with an appendix, and index thereto, containing all the portions of the Administrative Record to which the parties cited in support of their cross-motions for summary judgment. The attached index lists the Bates numbers of the Administrative Record pages included in the appendix.

Respectfully submitted this 10th day of June, 2010,

IGNACIA S. MORENO
Assistant Attorney General

*s/ Kristofor R. Swanson*

KRISTOFOR R. SWANSON

Tel: (202) 305-0248
kristofor.swanson@usdoj.gov
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, DC 20044
Fax: (202) 305-0506

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2010, the Joint Administrative Record Appendix was filed with the United States District Court for the District of Columbia's electronic filing system, to which the following attorneys are registered to be noticed:

Danielle Mary Spinelli
danielle.spinelli@wilmerhale.com

Edward C. DuMont
edward.dumont@wilmerhale.com

Seth P. Waxman
seth.waxman@wilmerhale.com

Audrey Elaine Moog
amoog@hhlaw.com

James T. Meggesto
jmeggesto@akingump.com

Dana C. Boehm
dcboehm@hhlaw.com

James P. Tuite
jtuite@akingump.com

Merrill C. Godfrey
mgodfrey@akingump.com

*s/ Kristofor R. Swanson*
Kristofor R. Swanson