# Administrative Record Appendix Index
*Tohono O'odham Nation v. Salazar*, Case No. 10-cv-00472-JDB

| Col 1 | Col 2 | Col 3 |
|---|---|---|
| 11-52 | 935-937 | 2742-2744 |
| 57-76 | 939 | 2973 |
| 77-82 | 943-964 | 3337-3339 |
| 97-98 | 1290-1293 | 3597 |
| 102-103 | 1402-1404 | 3631-3636 |
| 107-108 | 1409 | 3637 |
| 140 | 1444-1448 | 3777 |
| 142-143 | 1479 | 3819 |
| 147-148 | 1484 | 3836 |
| 232-237 | 1503-1588 | 4015-4018 |
| 243 | 1590-1592 | 4070-4076 |
| 247-259 | 1594-1602 | 4103-4128 |
| 269-273 | 1628 | 4129-4393 |
| 294-308 | 1638-1639 | 4477-4484 |
| 321-322 | 1668-1669 | 4486-4488 |
| 326-329 | 1674-1675 | 4496-4674 |
| 336-348 | 1684-1695 | 4675-4693 |
| 349-351 | 1696-1703 | 4695-4773 |
| 352 | 1711-1724 | 4779-4797 |
| 355-356 | 1727 | 4816-4822 |
| 361 | 1728 | 4842-4852 |
| 363-364 | 1751-1759 | 4901-4920 |
| 380-582 | 1779-1843 | 5020-5023 |
| 583 | 1946-1964 | |
| 584-592 | 1999-2000 | |
| 631 | 2002-2003 | |
| 637-638 | 2032 | |
| 658-680 | 2043-2044 | |
| 685-688 | 2048-2051 | |
| 699-700 | 2053-2110 | |
| 703-704 | 2122-2131 | |
| 737-744 | 2145-2146 | |
| 746-762 | 2148-2150 | |
| 764-767 | 2170 | |
| 769-778 | 2178-2189 | |
| 786-789 | 2191-2196 | |
| 805-826 | 2198-2199 | |
| 865-873 | 2234-2271 | |
| 910-921 | 2671-2673 | |
| 923-928 | 2691-2692 | |