# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TOHONO O'ODHAM NATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KENNETH L. SALAZAR, in his official ) | Civil Action No. 1:10-cv-472-JDB |
| capacity as Secretary of the United States ) | |
| Department of the Interior, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| CITY OF GLENDALE, ARIZONA, ) | |
| ) | |
| Defendant-Intervenor. ) | |

## CITY OF GLENDALE'S RESPONSE TO MOTION FOR LEAVE TO USE DEMONSTRATIVE AIDS DURING JUNE 21 MOTIONS HEARING

The City of Glendale registered its objection to the Nation's use of the demonstrative maps because the maps are inaccurate and misleading. They do not, as the Nation asserts, "show Parcel 2 in relation to the entire City of Glendale" nor do they show all of Glendale's "incorporated territory." Mot. at 2. As the Nation is forced by undisputed facts to admit, *see* Mot. at 2 n.2, the maps it proffers do *not* reflect all areas incorporated by the City – an omission amounting to miles and miles of territory that forms Glendale's perimeter and encloses Parcel 2. *Compare* Mot. Ex. A-2 with AR 2624, AR 4043, AR 4359 (submitted as part of Mot. Ex. 3). Thus, any consideration of the Nation's maps as a demonstrative tool must take into account the maps' patent infirmities.

        Respectfully submitted,

        s/Audrey E. Moog
        Audrey E. Moog, DC Bar No. 468600
        Dana Carver Boehm, DC Bar No. 494865
        HOGAN LOVELLS US LLP
        555 Thirteenth Street, NW
        Washington, DC  20004-1109
        Telephone:  (202) 637-5600
        Facsimile:  (202) 637-5910

        Attorneys for Intervenor City of Glendale

Dated:  June 18, 2010

\\\DC - 030140/000003 - 3104411 v2