IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TOHONO O'ODHAM NATION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| KENNETH L. SALAZAR, in his official capacity as Secretary of the United States Department of the Interior, | ) ) ) ) ) ) | Civil Action No. 1:10-cv-472-JDB |
| Defendant, | ) ) | |
| CITY OF GLENDALE, ARIZONA, | ) ) | |
| Defendant-Intervenor. | ) ) | |

### CITY OF GLENDALE'S RESPONSE TO PLAINTIFF'S MOTION FOR STAY

The City of Glendale respectfully submits this response in opposition to the Tohono O'odham Nation's Motion for a Temporary Stay of Proceedings on Pending Cross-Motions for Summary Judgment. For the reasons stated in Defendant's Motion to Dismiss and supporting memorandum, both the pending motions and the Nation's claims are now moot, and this action should be dismissed. Thus, the Nation's motion should be denied.

                                              Respectfully submitted,

                                              <u>s/Audrey E. Moog</u>
                                              Audrey E. Moog, DC Bar No. 468600
                                              Dana Carver Boehm, DC Bar No. 494865
                                              HOGAN LOVELLS US LLP
                                              555 Thirteenth Street, NW
                                              Washington, DC  20004-1109
                                              Telephone:  (202) 637-5600
                                              Facsimile:  (202) 637-5910

                                              Attorneys for Defendant-Intervenor the City of Glendale

Dated: July 28, 2010

2

\\\DC - 030140/000003 - 3122925 v1